IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00574-MOC

| JENNIFER L. PAYTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $5,400.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, payable to Plaintiff and sent to Plaintiff's counsel, Evan Metaxatos, 1101 East Morehead Street, Suite 350, Charlotte, North Carolina 28204. Additionally, Plaintiff shall be paid $400.00 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

Signed: March 17, 2021

Max O. Cogburn Jr.
United States District Judge